```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 00992
   ADOLFO MORENO
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-9016


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/17/08 .

     2.  The case was dismissed without confirmation, 08/01/2008.

     3.  The Debtor paid a total of $  11200.00 .

     4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
WILSHIRE CREDIT CORP    CURRENT MORTG         .00              .00           .00
WILSHIRE CREDIT CORP    MORTGAGE ARRE   NOT FILED              .00           .00
WILSHIRE CREDIT CORP    SECURED               .00              .00           .00
WILSHIRE CREDIT CORP    MORTGAGE ARRE   NOT FILED              .00           .00
ANDERSON FIN NETWORK    UNSECURED       NOT FILED              .00           .00
CAPITAL ONE BANK        UNSECURED       NOT FILED              .00           .00
        Summary of disbursements:
-------------------------------------------------------------------------------
                      SECURED    PRIORITY    UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00         .00          .00           .00
PRINCIPAL PAID           .00         .00         .00          .00           .00
INTEREST PAID            .00         .00         .00          .00           .00
TOTAL PAID               .00         .00         .00          .00           .00
The Debtor's attorney, THOMAS R HITCHCOCK              , was allowed $   3500.00
and was paid $     635.50   direct and $    2864.50  through the plan.

The Trustee received $    176.37 .

Refunds to the Debtor totaled $    8159.13 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 11/13/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE
```

```
                                    PAGE   2
      CASE NO. 08 B 00992 ADOLFO MORENO
```